**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
~~UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983~~

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

DEC 02 2020

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

CASE NO. 4:20-cv-01418-BSM-JTR

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Michael Robertson
ADC # 30 #106563
Address: 3201 W Roosevelt RD Little Rock AR 72204-5662

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Miller
and to Magistrate Judge Ray

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: B- Powell
Position: Deputy
Place of employment: Pulaski County Jail
Address: 3201 W. Roosevelt RD Little Rock AR 72204-5662

Name of defendant: _____
Position: _____

-4-

I.

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

N/A ~~Yes~~   No ~~☒~~   I am checking No this Diffence Case

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

Parties to the previous lawsuit:

Plaintiffs: Michael Otis Robertson

Defendants: Lt Nicole Nelson, Sgt Murphy Deputy Gregory Belt  N/A

-5-

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _____

V. At the time of the alleged incident(s), were you: (check appropriate blank)

____ in jail and still awaiting trial on pending criminal charges

____ serving a sentence as a result of a judgment of conviction

✓ in jail for other reasons (e.g., alleged probation violation, etc.) explain: FAILED TO PAY FINES

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint? Yes ✓    No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes ✓   No ____

If not, why?

_____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Michael Robertson promise this is the truth what I'm about to say. Oct-30-2020 B-Powell came to my Door open my trap for Breakfast at 4:30 5:00 AM I ask him for a tray an ask to see the nurse for my pain. I put my arm out the Trap he sad you got the right one today I sad what he started twisting my Left arm he thouth that I was put something in the trap, But I was not he still was twisting my hand an my arm it is all on Bodycam

-7-

people started coming to they Doors mr. Daetruaun M. Jones BI#1375-18, was in cell 306, mr Lewis was in 307 cell. that is when Deputy B powell pull out his fleshlight in was going to hit me with it, But mr Lewis an 307 cell said nu nu powell I know you not going to hit him with the fleshlight mr powell thouth about in put it Back up an walk off from my cell Door he had his Bodycam on to an it is Camber on the out Door of 301 cell an the Day room that seen it all so he cannot lie. He came Back close my trap an I Did not see him again.

I want to file a Claim for Physical force, Unnecessary force pain and Suffering and press charge That is the firsth time this happen this year

(go to the Back side of the Paper please)

# Relapse Prevention Plan



1. I michael Robertson
2. is taking pill they
3. have been giving me
4. Cold Pack and Hot Pack
5. Body Cam do not lie an Auiodo Don't lie

1.
2.
3.
4.
5.

1.
2.
3.
4.
5.

The Deputy gave me this paper to write on.

© 2012 Therapist Aid LLC    Provided by TherapistAid.com

## VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For Mental and Emotional Pain and Suffering, Physical force that was Unnecessary, against I and I wish to $500,0000 For Pain And suffering Phsical injuedes and any other Reliefs that I am entitled to.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 18 day of November 20 20.

_____
Michael Robertson
Signature(s) of plaintiff(s)

Michael Robertson  SO # 106563
Pulaski County Detention Facility
3201 West Roosevelt Road
Little Rock, AR 72204

LITTLE ROCK AR 720
30 NOV 2020

US POSTAGE
$00.80⁰
First-Class
Mailed From 72204
11/30/2020
032A 0061816150

Pro Se Clerk
600 West Capitol Avenue, Room A149
Little Rock, Arkansas 72201

72201-332999

FM