Michael Robertson

## CALCULATION OF INITIAL PAYMENT OF FILING FEE

(To be Completed by the Institution of Incarceration)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 15 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

2020 DEC -5 A 9:44

PLAINTIFF: Michael Robertson

ADC NUMBER: #09919-20

FEDERAL COURT CASE NUMBER (IF KNOWN): Case 4:20-CV-01418-BSM-JTR

Total deposits for last ~~six (6)~~ 3 months:  $ 0

Average monthly deposit (total deposits divided by ~~6~~ 3):  $ 0

Total balances for last ~~six (6)~~ 3 months:  $ 0

Average monthly balance: 3
(Total balances divided by ~~6~~).  $ 0

Current account balance:  $ 0

Initial payment of filing fee as of   N|A   :  $ 0

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: 12.03.2020    AUTHORIZED OFFICIAL: Rochelle Inuk

(NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$505.00 FOR AN APPEAL)

## CERTIFICATE
### (Prisoner Accounts Only)
### (To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ 0 on account to his/her credit at the: Pulaski Co Reg. Det. Center institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution: N/A

I further certify that during the past 3 ~~six~~ months the applicant's average balance was $ 0.

12.03.2020
Date

Rochelle Drunk
Signature of Authorized Officer of Institution