# Affidavit to Amend

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 15 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

I Micheal O. Robertson swear that the Following statments are true & made on my own Free will.

On or about 12/10/20 I am still Suffering From injuries/Pain in the Case matter of Case 4:20-CV-01418-BSM-JTR. I asked to go to the Hospital in my paper grievences on 10/30/20 the infirmary had/has knowledge of this & Defendants still has deprieved me of right to go get Real treatment which Caused medical delay medical Interferance & Cruel & unusal Punishment Violating my 8th, 9th & 14th Amendment rights under the U.S. Constitution illegally as of 12/10/20 I put a grievance in on the kiosk under grievance # 22047699 asking to go to the Free world Hospital & still being denied.