IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ROBERTSON**                                                                 **PLAINTIFF**

v.                              **CASE NO. 4:20-CV-01418-BSM**

**B. POWELL, Deputy,**
**Pulaski County Jail**                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 3rd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE